| | |
|---|---|
| Submit this form by e-mail to:<br><br>CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.<br>CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.<br>CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | *FILED 2021 AUG 11 PM 12:30 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA          PLAINTIFF<br><br>V.<br>Matthew T. Coleman<br><br>USMS# _____          DEFENDANT | CASE NUMBER:<br>2:21 - MJ - 03722<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on _____ at _____ ☐ AM ☐ PM
   or
   The defendant was arrested in the _Southern_ District of _California_ on _8/9/21_ at _5pm_ ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   _18 USC 1119 & 1111 Murder of a US National outside the US_

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: _1981_

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: _Duty_

10. Remarks (if any): _____

11. Name: _Joseph Hamer_  (please print)

12. Office Phone Number: _310 906 6138_          13. Agency: _FBI_

14. Signature: _[signature]_          15. Date: _8/11/21_

CR-64 (09/20)          **REPORT COMMENCING CRIMINAL ACTION**