FILED
CLERK, U.S. DISTRICT COURT
8/24/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eb___ DEPUTY

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. 329129)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6495
    Facsimile: (213) 894-0141
    E-mail:    kevin.butler2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-mj-03722 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING POST-INDICTMENT ARRAIGNMENT DATE FOR DEFENDANT MATTHEW TAYLOR COLEMAN |
| v. | |
| MATTEW TAYLOR COLEMAN, | **NEW PIA DATE:         9/9/2021** |
| Defendant. | |

    Upon stipulation of the parties, the United States of America, by and through its counsel of record, Assistant United States Attorney Kevin J. Butler, and defendant, MATTHEW TAYLOR COLEMAN, both individually and by and through his counsel of record, Deputy Federal Public Defender Elena Sadowsky, and good cause appearing, IT IS ORDERED THAT Post-Indictment Arraignment in the above-entitled case is continued to September 9, 2021.

August 24, 2021
  DATE

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE