TRACY L. WILKISON
Acting United States Attorney
By: KEVIN J. BUTLER (213-894-6495)
United States Courthouse
312 N. Spring Street
Los Angeles, CA  90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        PLAINTIFF,<br>v.<br>MATTHEW TAYLOR COLEMAN,<br><br>                        DEFENDANT | CASE NUMBER<br><br>21-MJ-03722<br><br><br>**ORDER FOR DISMISSAL**<br>**OF MAGISTRATE'S COMPLAINT** |

      A Magistrate's Amended Complaint having been filed before the United States Magistrate Pedro V. Castillo in Los Angeles, California, against the above-named defendant, charging violation of Title 18, United States Code, Section 1119, and the Acting United States Attorney having moved for a dismissal of the amended complaint,

      IT IS HEREBY ORDERED that said Amended Complaint be dismissed as to defendant MATTHEW TAYLOR COLEMAN only without prejudice and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date:  September 8, 2021

_____
United States Magistrate Judge

Presented by:

_____
KEVIN J. BUTLER
Assistant United States Attorney

**Amended Complaint Filed: August 20, 2021 (Complaint Filed: August 11, 2021)**

                                     **Is the person in custody?**
                                         **YES**      **x**